UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DWAYNE LUCAS,

           Plaintiff,

    v.

M. ATCHLEY, et al.,

           Defendants.

Case No. 21-cv-02282-TLT

**ORDER OF DISMISSAL**

Plaintiff, a state prisoner, filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983. ECF 1. After dismissal and judgment, the Court reopened the case, vacated judgment, and provided plaintiff with the opportunity to amend his complaint. ECF 8. The Court directed plaintiff to "identify what federal constitutional provision or federal law was violated and identify what defendants Atchley and Allison specifically did that violated the federal constitutional provision or federal law." *Id.* at 3. Plaintiff filed his First Amended Complaint (FAC) on October 6, 2022. ECF 16. The Court again dismissed plaintiff's complaint with leave to amend to identify how defendants violated his rights. ECF 19. The deadline for plaintiff to file a Second Amended Complaint has passed, and plaintiff has not done so. Accordingly, this action is DISMISSED without prejudice for failure to file an amended complaint. The Clerk shall enter judgment in favor of Defendants and against Plaintiff and close the case.

**IT IS SO ORDERED.**

Dated: July 27, 2023

TRINA L. THOMPSON
United States District Judge